# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SAMANTHA RENEE HEADCARRIER, <br><br> Defendant. | CR 13-107-GF-BMM <br><br><br> ORDER |

Defendant Headcarrier moved the Court for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Doc. 82.) The Court granted her compassionate release on April 20, 2021. (Doc. 86.) The Court directed the Bureau of Prisons to obtain a 180-day residential reentry placement at the Great Falls Pre-Release Center in Great Falls, Montana, for Headcarrier. (Doc. 86.) The Court stayed its Order until October 11, 2021, given the United States' representation that a bed was not available until that time. The Court directed, however, that "[s]hould a bed become available, the United States should provide notice to the Court." (Doc. 88 at 2.)

1

The United States received notice that a bed is now available for Headcarrier much sooner than expected. Headcarrier has therefore been given a release date of July 9, 2021.

Accordingly, **IT IS ORDERED** that the Court's Orders (Docs. 86, 88) are stayed until July 9, 2021. At that time, Heacarrier is to be released to a 180-day residential reentry placement at the Great Falls Pre-Release Center in Great Falls, Montana.

DATED this 23rd day of June, 2021.

_____
Brian Morris, Chief District Judge
United States District Court