# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SAMANTHA RENEE HEADCARRIER,<br>　　　　　　　Defendants. | CR-13-107-GF-BMM<br><br>ORDER |

Samantha Renee Headcarrier ("Headcarrier") filed a motion for the early termination of her supervised release on September 22, 2023. (Doc. 94.) The Government opposes Headcarrier's motion. (Doc. 97.) The Court conducted a motion hearing on November 6, 2023, in Great Falls, Montana. (Doc. 101.)

Accordingly, **IT IS ORDERED:**

1. Headcarrier's motion for the early termination of her supervised release (Doc. 94) is **DENIED** without prejudice. The Court encourages Headcarrier to continue her good work of complying with the terms of her supervision.

DATED this 28th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court